No. 2000. PEOPLE, APPELLEE, v. ATILANO, APPELLANT.— District Court of Guayama. Decided January 22, 1923. Voluntary homicide. The appellant having filed no brief, the judgment is affirmed.

No. 2001. PEOPLE, APPELLEE, v. PILLOT, APPELLANT.—District Court of Guayama. Decided January 22, 1923. Breach of peace. There being no bill of exceptions or statement of the case and no brief of the appellant, and the record. not disclosing any substantial error, the judgment is affirmed.

No. 2945. CABALLERO, APPELLEE, v. CINTRÓN, APPELLANT. —District Court of Humacao. Action of debt. Decided January 23, 1923. On the appellee's motion for dismissal and the transcript not having been filed in time, the appeal is dismissed.

No. 2002. PEOPLE, APPELLEE, v. CACHOLA ET AL., APPELLANTS.—Second District Court of San Juan. Violation of section 359 of the Penal Code. Decided January 25, 1923. The record did not disclose the commission of any error and the judgment was affirmed.

No. 2003. PEOPLE, APPELLEE, v. CARRILLO ET AL., APPELLANTS.—Second District Court of San Juan. Violation of section 359 of the Penal Code. Decided January 25, 1923. There being no bill of exceptions, statement of the case, or brief of the appellant, and the record disclosing no substantial error, the judgment is affirmed.

No. 1997. PEOPLE, APPELLEE, v. GARCÍA, APPELLANT.— District Court of Guayama. Decided January 29, 1923. Breach of peace. There being no bill of exceptions, statement of the case, or brief of appellant, and the record disclosing no substantial error, the judgment is affirmed.